**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALEXIS MENDOZA, et al., <br>     Plaintiff(s), <br> v. <br> SOS SECURITY, LLC, et al., <br>     Defendant(s). | Case No.: 2:19-cv-01956-KJD-NJK <br><br> **Order** |

"[A]ll documents filed with the court, including exhibits," must redact the names of minor children such that only their initials appear. Local Rule IC 6-1(a). The Clerk's Office has issued two notices requiring Defendant to comply with this dictate with respect to their case-initiating documents. Docket Nos. 5, 7. Defendants have now filed corrected images that continue to include the full names of minors in some of the documents. *See, e.g.*, Docket No. 9-1.

The Clerk's Office is **INSTRUCTED** to strike the documents at Docket Nos. 9, 10, and 11, as well as all exhibits thereto. Defendant and its counsel are hereby **ORDERED** to refile properly redacted versions of those documents by November 27, 2019. **FAILURE TO COMPLY WITH THIS ORDER AND WITH THE REDACTION RULES MOVING FORWARD MAY RESULT IN THE IMPOSITION OF SANCTIONS.**

IT IS SO ORDERED.

Dated: November 20, 2019

                                                                         Nancy J. Koppe <br>
                                                                         United States Magistrate Judge